IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIM. No. 07-0170-S-BLW |
| Plaintiff, ) | |
| ) | MEMORANDUM DECISION |
| v. ) | AND ORDER |
| ) | |
| PETER SIK KIM aka PYUNG ) | |
| SIK KIM and CONNIE LE LUU ) | |
| KIM, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**MEMORANDUM DECISION**

The Court has before it a renewed motion for judgment of acquittal. The motion must be denied if, viewing the evidence in the light most favorable to the prosecution, any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt. *See U.S. v. Lyons*, 454 F.3d 968 (9th Cir. 2006).

Defendant Peter Kim argues that there is no evidence that he knew the items were counterfeit. Yet the marks on the shirts never matched the collar tags. FBI Agent Randy Kim, who interviewed the defendant, testified that the defendant admitted noticing the mismatches, and knew the t-shirts were fakes. The defendant's translated statement was admitted into evidence. *See Exhibits 42, 42a*

**Memorandum Decision & Order – page 1**

*& 42b.* While the defendant testified otherwise, a rational juror may have found that the defendant lacked credibility given this other evidence. A rational jury could also have found the other elements of the crime were committed by the defendant. For these reasons, the motion will be denied.

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the renewed motion for judgment of acquittal (docket no. 83) is DENIED.

DATED: **May 8, 2008**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision & Order – page 2**